UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMIE JOANN HAWKINS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-250-PLR-HBG |
| | ) | |
| EAST TENNESSEE HUMAN RESOURCE | ) | |
| AGENCY, INC., inclusive of its parent and | ) | |
| subsidiaries, MICHAEL SMITH, in his | ) | |
| individual capacity, JUDY BREWER, in her | ) | |
| individual capacity, and LOUDON COUNTY, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a). [R. 27]. The defendant filed a response indicating that they do not object to the dismissal [R. 33]. Accordingly, the plaintiff's motion is **GRANTED**, and the plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**